# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA MILLER, | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 5:17-cv-01709-JFL |
| TORRES CREDIT SERVICES, | ) |
|         Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| /s/ Ronald M. Metcho | /s/ Amy L. Bennecoff Ginsburg |
|---|---|
| Ronald M. Metcho | Amy L. Bennecoff Ginsburg, Esq. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | Kimmel & Silverman, P.C. |
| 2000 Market Street | 30 East Butler Pike |
| Suite 2300 | Ambler, PA 19002 |
| Philadelphia PA 19103 | Phone: 215-540-8888 |
| Phone: (215) 575-2595 | Fax: 877-788-2864 |
| Fax: (215) 575-0856 | Email: teamkimmel@creditlaw.com |
| Email: RMMetcho@MDWCG.com | Attorney for Plaintiff |
| Attorney for Defendant | |
| | Date: August 11, 2017 |
| Date: August 11, 2017 | |

BY THE COURT:

_____
                                                                        J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 10th day of August, 2017:

Ronald M. Metcho
Marshall Dennehey Warner Coleman & Goggin, P.C.
2000 Market Street
Suite 2300
Philadelphia PA 19103
Phone: (215) 575-2595
Fax: (215) 575-0856
Email: RMMetcho@MDWCG.com
Attorney for Defendant

                                                */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: 215-540-8888
                                                Fax: 877-788-2864
                                                Email: teamkimmel@creditlaw.com
                                                Attorney for the Plaintiff