UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA MILLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:17-cv-1709 |
| | : | |
| TORRES CREDIT SERVICES, INC., | : | |
| Defendant. | : | |

### NOTICE OF CANCELLATION OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE

The initial Federal Rule of Civil Procedure 16 pretrial conference scheduled for **Tuesday, August 15, 2017,** at **4:30 p.m.** has been **CANCELLED**.

BY THE COURT:

By:/s/ Diane J. Abeles_____
Diane J. Abeles, Civil Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Diane_J_Abeles@paed.uscourts.gov
610-391-7020

Dated:  August 14, 2017